UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22031-CIV-MORENO

JENNIFER LARSEN,

    Plaintiff,

vs.

KERZNER INTERNATIONAL HOTELS
LIMITED and KERZNER INTERNATIONAL
BAHAMAS LIMITED,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (**D.E. No. 8**), filed on **September 26, 2008**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 30**) on **May 4, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 30**) on **May 4, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint

is DENIED. However, Defendants are free, if they wish, to move to transfer the case to a district in Oklahoma and after full briefing, the Court will consider those issues. *See* 28 U.S.C. § 1404(a); *Leon v. Million Air, Inc.*, 251 F.3d 1305 (11th Cir. 2001).

DONE AND ORDERED in Chambers at Miami, Florida, this /8 day of June, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record